JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TREVELL COUSER,<br><br>    Petitioner,<br><br>    vs.<br><br>WANDA WILSON, Warden,<br><br>    Respondent. | Case No. EDCV 11-0788-DDP (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: April 17, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE